1
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)

2
L. Timothy Fisher (Bar No. 191626)
Kathryn A. Schofield (Bar No. 202939)

3
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598

4
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

5

6
SCHIFFRIN & BARROWAY LLP
Eric L. Zagar

7
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087

8
Telephone: (610) 667-7706
Facsimile: (610) 667-7706

9

10
Attorneys for Plaintiff

11
UNITED STATES DISTRICT COURT

12
NORTHERN DISTRICT OF CALIFORNIA

13
SAN JOSE DIVISION

*E-FILED - 10/18/06*

14
JOEL MANDEL, Derivatively on Behalf of
Nominal Defendant SIGMA DESIGNS, INC.,

Case No. C06-04460 RMW (PVT)

15
                                    Plaintiff,

**STIPULATION AND [PROPOSED]
ORDER CONSOLIDATING CASES**

16

**FOR ALL PURPOSES, AND
SETTING SCHEDULE FOR FILING**

17
          v.

**OF CONSOLIDATED COMPLAINT**

18
THINH Q. TRAN, SILVIO PERICH, Q. BINH
TRINH, JACQUES MARTINELLA, PREM

19
TALREJA, WILLIAM K. WONG, KIT TSUI,
KENNETH A. LOWE, JULIEN NGUYEN,
WILLIAM J. ALMON and LUNG C. TSAI,

20

21
                                    Defendants,

22
          and

23
SIGMA DESIGNS, INC.

24
                         Nominal Defendant.

25

26

27

28
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND
SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886

| | |
|---|---|
| ROBERT CARLSON, Derivatively on Behalf of Nominal Defendant SIGMA DESIGNS, ICN., | Case No. C06-06251 RMW (HRL) |
| Plaintiff, | |
| v. | |
| THINH Q. TRAN, SILVIO PERICH, Q. BINH TRINH, JACQUES MARTINELLA, PREM TALREJA, WILLIAM K. WONG, KIT TSUI, KENNETH A. LOWE, JULIEN NGUYEN, WILLIAM J. ALMON and LUNG C. TSAI, | |
| Defendants, | |
| and | |
| SIGMA DESIGNS, INC. | |
| Nominal Defendant. | |

## STIPULATION

WHEREAS, there are two related shareholder derivative actions on behalf of Nominal Defendant Sigma Designs, Inc. ("Sigma") pending in this district:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Mandel v. Tran, et al.* | C06-4460 | July 20, 2006 |
| *Carlson v. Tran, et al.* | C06-06251 | October 4, 2006 |

WHEREAS, the two related shareholder derivative actions arise out of the same transactions and occurrences, involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes;

WHEREAS, Defendants agree to consolidation of the above-captioned actions;

WHEREAS, counsel for Plaintiffs and Defendants have met and conferred and have agreed to a schedule for filing a Consolidated Complaint and for briefing any motion directed at the Consolidated Complaint; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

### I. SERVICE OF PROCESS AND CONSOLIDATION OF ACTIONS

1.    Defendants' counsel shall appear for and accept service on behalf of all Defendants not already served, without waiving any jurisdictional rights.

2.    The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Mandel v. Tran, et al.* | C06-4460 | July 20, 2006 |
| *Carlson v. Tran, et al.* | C06-06251 | October 4, 2006 |

3.    The caption of these consolidated actions shall be "*In re Sigma Designs, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C06-4460. Any other actions now pending or later filed in this Court which

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND
SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886

2

1    arise out of or are related to the same facts as alleged in the above-identified cases shall be

2    consolidated for all purposes, if and when they are brought to the Court's attention.

3        4.    Every pleading filed in the consolidated actions, or in any separate action included

4    herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| In re SIGMA DESIGNS, INC.<br>DERIVATIVE LITIGATION | ) <br> ) <br> ) | Master File No. C06-4460 |
| This Document Relates To: | ) <br> ) | |

5.    When a pleading is intended to be applicable to all actions governed by this Order,
the words "All Actions" shall appear immediately after the words "This Document Relates To:" in
the caption set out above. When a pleading is intended to be applicable to only some, but not all,
of the consolidated actions, this Court's docket number for each individual action to which the
pleading is intended to be applicable and the abbreviated case name of said action shall appear
immediately after the words "This Document Relates To:" in the caption described above (e.g.,
"No.C06-4460").

6.    A Master Docket and a Master File hereby are established for the above
consolidated proceedings and for all other related cases filed in or transferred to this Court.
Separate dockets shall continue to be maintained for each of the individual actions hereby
consolidated, and entries shall be made in the docket of each individual case in accordance with the
regular procedures of the Clerk of this Court, except as modified by this Order.

7.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"
the Clerk shall file such pleading in the Master File and note such filing on the Master Docket. No
further copies need be filed, and no other docket entries need be made.

8.    When a pleading is filed and the caption shows that it is to be applicable to fewer
than all of the consolidation actions, the Clerk will file such pleading in the Master File only but
shall docket such filing on the Master Docket and the docket of each applicable action.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND
SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886

3

1   9.   When a case which properly belongs as part of *In re Sigma Designs, Inc. Derivative*

2   *Litigation* is filed in this Court or transferred to this Court from another court, the Clerk of this

3   Court shall:

4   (a)   Place a copy of this Order in the separate file for such action;

5   (b)   Mail to the attorneys for the Plaintiff(s) in the newly-filed or transferred case a copy

6   of this Order and direct that this Order be served upon or mailed to any new

7   defendant(s) or their counsel in the newly-filed or transferred case; and

8   (c)   Make an appropriate entry on the Master Docket.  This Court requests the assistance

9   of counsel in calling to the attention of the Clerk of this Court the filing or transfer

10   of any case which properly might be consolidated as of the filing of this Stipulation.

## II.  SCHEDULE

12   10.   Plaintiffs shall no later than 60 days from the entry of this Order file and serve a

13   Consolidated Complaint which will supersede all existing complaints filed in these actions.

14   Defendants need not respond to any of the pre-existing complaints.

15   11.   Defendants shall answer or otherwise respond to the Consolidated Complaint no

16   later than 45 days from the date of service.

17   12.   In the event that Defendants file and serve any motion directed at the Consolidated

18   Complaint, Plaintiffs shall file and serve their opposition within 45 days after the service of the

19   motion.

20   13.   If Defendants file and serve a reply to Plaintiffs' opposition, it will do so within 20

21   days after service of the opposition.

22

23

24

25

26

27

28

1    IT IS SO STIPULATED.

2    Dated:  October 5, 2006          BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

3

4                                                     /s/ Alan R. Plutzik
                                                          Alan R. Plutzik

5                                          Alan R. Plutzik (Bar No. 077785)
                                           L. Timothy Fisher (Bar No. 191626)
6                                          Kathryn A. Schofield (Bar No. 202939)
                                           2125 Oak Grove Road, Suite 120
7                                          Walnut Creek, California  94598
                                           Telephone:  (925) 945-0200
8                                          Facsimile:  (925) 945-87923

9                                          SCHIFFRIN & BARROWAY LLP
                                           Eric L. Zagar
10                                         Sandra G. Smith
                                           280 King of Prussia Road
11                                         Radnor, PA  190878
                                           Telephone:  (610) 667-7706
12                                         Facsimile:  (610) 667-7056

13                                         *Counsel for Plaintiff*

14

15   Dated:  October 5, 2006          WILSON SONSINI GOODRICH & ROSATI

16                                         By_____/s/ Peri Nielsen_____
                                                          Peri Nielsen

17

18                                         Peri Nielsen
                                           Randolph Gaw
19                                         650 Page Mill Road
                                           Palo Alto, CA 94304-1050
20                                         Telephone: (650) 493-9300
                                           Facsimile: (650) 565-5100

21                                         *Counsel for Defendants*

22                                     *          *          *

23                       Certification Pursuant to General Order 45

24        I, Alan R. Plutzik, am the ECF User whose identification and password are being used to

25   file the Stipulation regarding related cases in compliance with General Order 45.X.B, hereby attest

26   that Nicole Healy has concurred in this filing.

27   Dated:  October 5, 2006                            /s/ Alan R. Plutzik
                                                             Alan R. Plutzik
28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND          5
SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886

1

## <u>ORDER</u>

2

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

Dated: __ 10/18/06 _____

5

6

/s/ Ronald M. Whyte
_____
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND
SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886